### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA**,
   *Plaintiff*,

v.              **Case No. 16-cr-20008-JWL-15**

**ERIC GARCIA**,
   *Defendant*.

_____

### ORDER TO TERMINATE DEFENDANT'S TERM OF SUPERVISED RELEASE
_____

This matter is before the Court on defendant's Motion to Terminate Defendant's Term of Supervised Release (Doc. #528) filed April 10, 2024, which the government does not oppose. The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the United States Attorney. For substantially the reasons stated in defendant's Motion to Terminate Defendant's Term of Supervised Release, the Court finds that defendant's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion to Terminate Defendant's Term of Supervised Release (Doc. #528) is **granted**.  The Court terminates the remaining term of defendant's supervised release. Defendant is discharged.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2024, at Kansas City, Kansas.

s/John W. Lungstrum

HON. JOHN W. LUNGSTRUM

United States District Judge